**\*E-FILED: July 5, 2012\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIO RAMIREZ, HERBERT P. MARQUEZ, ALEJANDRO HERNANDEZ and ANTONIO GONZALEZ,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FRESNO PLUMBING & HEATING, INC.,<br><br>　　　　Defendant. | No. C11-05102 HRL<br><br>**ORDER REFERRING MATTER TO MAGISTRATE JUDGE GREWAL RE FAIRNESS HEARING** |

This court having been informed that the parties agreed to a settlement as a result of a conference with Magistrate Judge Grewal, the matter is referred to Judge Grewal for a fairness hearing.

SO ORDERED.

Dated: July 5, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-05102-HRL Notice has been electronically mailed to:

Joseph C. Balestrieri    jcb@robinsonwood.com, pad@robinsonwood.com, rdcook@rdcooklaw.com

Tomas Eduardo Margain    margainlaw@hotmail.com, crronan@gmail.com, tm@wagedefenders.com

William C. Hahesy , Jr    bill@hahesylaw.com, cheryl@hahesylaw.com, joni@hahesylaw.com